# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:20-MJ-1572-RN |
| Jabari Devon Davis | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6-25-2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Bill Finn
_____
*Printed name of defendant's attorney*


_____
*Judge's signature*

_____
*Judge's printed name and title*