UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-mj-01572-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | MOTION TO DISMISS |
| | ) | |
| JABARI DEVON DAVIS | ) | |

The United States, by and through the United States Attorney for the Eastern District of North Carolina, hereby files this motion to dismiss the criminal complaint for the above captioned defendant. In support hereof, the government states:

On June 4, 2020, a criminal complaint was signed by United States Magistrate Judge Robert T. Numbers, II, in the Eastern District of North Carolina for one count of maliciously attempting to damage property owned by the city of Raleigh, which receives federal financial assistance, in violation of Title 18 United States Code, Section 844(f).

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government requests that the criminal complaint for the above captioned defendant be dismissed.

Respectfully submitted, this 26th day of August, 2020.

                                        ROBERT J. HIGDON, JR.
                                        United States Attorney

                                        /s/Daniel William Smith
                                        Daniel William Smith
                                        Assistant United States Attorney
                                        Criminal Division
                                        150 Fayetteville Street, Suite 2100
                                        Raleigh, North Carolina 27601
                                        Telephone: (919) 856-4043
                                        Email: Daniel.Smith3@usdoj.gov
                                        North Carolina Bar No. 49523

CERTIFICATE OF SERVICE

I hereby certify that I will the 26th day of August, 2020, served a copy of the government's motion and proposed order upon the counsel for the defendant in this action by electronically filing the foregoing with the Clerk of court, using the CM/ECF system which will send notification of such filing to:

Bill Finn
Attorney for Defendant

/s/Daniel William Smith
Daniel William Smith
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4043
Email: Daniel.Smith3@usdoj.gov
North Carolina Bar No. 49523