UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:20-mj-01572-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JABARI DEVON DAVIS ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Complaint against the above-captioned defendant.

Dated: August 26, 2020

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge